BEFORE THE SECOND DIVISION, JUNE 23, 1965

**No. 69402.**—Buhler Mill Engineering Co. and Gehrig, Hoban & Co., Inc., et al. *v.* United States, protests 61/20328, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of parts of food preparing machines similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiffs was sustained.